PHILLIP A. TALBERT
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

FEB 22 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Searches of Relating to Lauren Kirk Coehlo and Twitter Username @alksjdflkjkl | CASE NOS.   2:17-SW-0066 KJN<br>2:17-SW-0091 KJN<br><br>[PROPOSED] ORDER UNSEALING SEARCH WARRANTS |

The Court hereby orders that the search warrants, supporting affidavits, and applications in Case Nos. 2:17-SW-0066 KJN, and 2:17-SW-0091 KJN, as well as the Petitions to Seal, and the Orders sealing these documents, shall be unsealed and made part of the public record

IT IS SO ORDERED.

Dated:  2/21/17

_____
HON. ALLISON CLAIRE
U.S. MAGISTRATE JUDGE

[PROPOSED] ORDER                                              1